Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: (609) 285-3999
Email: msiddons@siddonslaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Danielle Torres,<br><br>      Plaintiff,<br><br>   -against-<br><br>Discover Financial Services d/b/a Discover Card,<br><br>      Defendant. | Civil Case No.: 3:15-cv-02426-PGS-DEA<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES the Plaintiff, Danielle Torres, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

   Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: August 14, 2015						RESPECTFULLY SUBMITTED,


						By: /s/ Michael Siddons
						    Michael Siddons (SBN 89018)
						    Michael A. Siddons, Esquire
						    The Law Office of Michael Alan Siddons, Esquire
						    16 W. Front Street
						    P.O. Box 403
						    Media, PA 19063

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

.

/s/ Michael Siddons
Michael Siddons
Attorney for Plaintiff