UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Danielle Torres,<br>　　　　Plaintiff<br><br>　　　　v.<br>Discover Financial Services<br>d/b/a Discover Card,<br>　　　　Defendant. | Civil Action No.15-cv-2426 (PGS)<br><br><br><br>ORDER |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 18th day of August, 2015,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.

RECEIVED

AUG 1 8 2015

AT 8:30_____ M
WILLIAM T. WALSH
CLERK